# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Danielle Miller<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.  21-mj-5198-JGD<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 1, 2020__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | WIre fraud, that is, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud – specifically, by accessing a myRMV account maintained by the Massachusetts Registry of Motor Vehicles. |

This criminal complaint is based on these facts:

Please see the affidavit of Special Agent Jacqleen Cunningham, Homeland Security Investigations, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Jacqleen Cunningham, Special Agent, HSI
*Printed name and title*

Sworn to by telephone pursuant to Fed. R. Crim. P. 4.1.

Date: 05/10/2021

*Judge's signature*

City and state: Boston, MA

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*