UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | M.B.D. Case No. 21-91400-IT |
| ) | |
| DANIELLE MILLER, ) | |
| Defendant ) | |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

J. TALWANI

Upon consideration of the assented-to motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendant has been charged via criminal complaint in case 21-mj-5198-JGD.

2. The parties require additional time for the defense to review early discovery in subsequent pre-indictment discussions regarding the potential charges and counts to be included in the indictment.

3. The requested exclusion of time will permit the parties to confer, and will permit defense counsel to adequately confer with the defendant, before the United States is required to seek an indictment. The parties expect that such discussions are likely to further the interests of justice and promote judicial efficiency.

4. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from May 11, 2021 through and including August 5, 2021 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the

*Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to August 5, 2021; and (2) the period from May 11, 2021 through and including August 5, 2021 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
**HON. INDIRA TALWANI**
**UNITED STATES DISTRICT JUDGE**

6/11/2021